**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**NO. 5:25-CR-00161-M-7**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER TO CONTINUE** |
| | ) | **ARRAIGNMENT** |
| **DONALD INCE** | ) | |

Upon Motion of the Defendant and for good cause shown, the detention hearing in this matter is continued until _____.

IT IS FURTHER ORDERED that any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161 (h) (7) (A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant in a speedy trial.

This _____ day of _____, 2026.

_____
Richard E. Myers II
Chief District Court Judge